IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEDALLION TRANSPORT & LOGISTICS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:14-CV-4361-L** |
| **SUPERIOR CHOICE LOGISTICS, INC.,** *et al.*, | § § § § | |
| Defendants. | § | |

# ORDER

On December 28, 2016, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny without prejudice Medallion Transport & Logistics, LLC's Motion for Entry of Default Judgment for Sum Certain (Doc. 114), filed August 8, 2016. No objections to the Report were filed.

Having reviewed the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies without prejudice** Medallion Transport & Logistics, LLC's Motion for Entry of Default Judgment for Sum Certain (Doc. 114). Any amended motion for default judgment as to Alliance Agency, Inc. and John Walter Fisher by Plaintiff must be filed by **February 10, 2017**, and cure the deficiencies noted in the Report. *Failure to do so will result in dismissal without prejudice of the claims against these Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order.*

**It is so ordered** this 12th day of January, 2017.

                                               Sam A. Lindsay
                                               United States District Judge