IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MEDALLION TRANSPORT & LOGISTICS, LLC,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:14-CV-4361-L** |
| § | |
| **SUPERIOR CHOICE LOGISTICS, INC.,** *et al.*, § § § | |
| Defendants. § | |

## ORDER

On August 29, 2017, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant the Motion to Enforce Mediated Settlement Agreement (Doc. 119), filed October 28, 2017, and order Defendant Superior Choice Logistics, Inc. ("Superior") to comply with its obligations in the parties' Settlement Agreement to the extent it has not yet done so. No objections to the Report were filed. Having reviewed the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, **grants** the Motion to Enforce Mediated Settlement Agreement (Doc. 119), and **orders** Superior to comply with its obligations under the Settlement Agreement by **October 13, 2017**, to the extent it has not yet done so.

**It is so ordered** this 13th day of September, 2017.

*[signature]*
Sam A. Lindsay
United States District Judge

**Order –Solo Page**